# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Lawrence Lee Ash,

                Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                         3:10CV274

Officer Henderson, et al,

                Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 1, 2010 Order.

Signed: July 1, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court